**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

NETWORK-1 SECURITY SOLUTIONS, INC., a
Delaware corporation,

              *Plaintiff*,                               Case No. 6:11-cv-492 LED

vs.                                        JURY TRIAL DEMANDED

Alcatel-Lucent USA Inc., et al.

              *Defendants*.

## AGREED MOTION TO DISMISS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, the Plaintiff, Network-1 Security Solutions, Inc. ("Network-1") and Defendant GarrettCom, Inc. ("GarrettCom") have agreed to settle, adjust, and compromise all claims in the above-captioned action.  Network-1 and GarrettCom, therefore, move this Court to dismiss all claims between Network-1 and GarrettCom with prejudice to the re-filing of same.

The parties further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

A proposed Order accompanies this motion.

Dated:  October 23, 2012        By: /s/ Sean A. Luner (w/permission TJW, Jr.)
                                 Sean A. Luner
                                 State Bar No. 165443
                                 Gregory S. Dovel
                                 State Bar No. 135387
                                 **DOVEL & LUNER, LLP**
                                 201 Santa Monica Blvd., Suite 600
                                 Santa Monica, CA 90401
                                 Telephone: 310-656-7066

Facsimile: 310-657-7069
Email: greg@dovellaw.com
         sean@dovellaw.com

T. John Ward, Jr.
State Bar No. 00794818
Ward & Smith Law Firm
P.O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: jw@wsfirm.com

***ATTORNEYS FOR PLAINTIFF,
NETWORK-1 SECURITY  SOLUTIONS,
INC.***

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this October 23, 2012 with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ T. John Ward, Jr.

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is agreed.

/s/ T. John Ward, Jr.