## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation, | |
| *Plaintiff*, | Case No. 6:11-cv-492 LED |
| vs. | JURY TRIAL DEMANDED |
| Alcatel-Lucent USA Inc., et al. | |
| *Defendants*. | |

### NOTICE OF AGREEMENT IN PRINCIPLE AND UNOPPOSED MOTION TO STAY DEADLINES

Plaintiff Network-1 Security Solutions, Inc. ("Network-1") and Defendants NEC Corporation and NEC Corporation of America ("NEC") respectfully show the Court as follows:

Network-1 and NEC have reached an agreement in principle. Dismissal papers will be forthcoming. Accordingly, Network-1 and NEC request that this Court stay all dates and deadlines two weeks days with respect to Network-1 and NEC pending the dismissal of NEC from this litigation.

The anticipated settlement will not affect any other parties.

Dated:  February 1, 2013           By: /s/ Sean A. Luner (w/permission TJW, Jr.)
                                              Sean A. Luner
                                              State Bar No. 165443
                                              Gregory S. Dovel
                                              State Bar No. 135387
                                              **DOVEL & LUNER, LLP**
                                              201 Santa Monica Blvd., Suite 600
                                              Santa Monica, CA 90401
                                              Telephone: 310-656-7066
                                              Facsimile: 310-657-7069
                                              Email: greg@dovellaw.com
                                                         sean@dovellaw.com

                                              T. John Ward, Jr.

        State Bar No. 00794818
        Ward & Smith Law Firm
        P.O. Box 1231
        Longview, Texas 75606-1231
        (903) 757-6400 (telephone)
        (903) 757-2323 (facsimile)
        E-mail: jw@wsfirm.com

***ATTORNEYS FOR PLAINTIFF,
NETWORK-1 SECURITY SOLUTIONS,
INC.***

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this February 1, 2013 with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

        /s/ T. John Ward, Jr.

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is unopposed.

        /s/ T. John Ward, Jr.