**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation, | |
| *Plaintiff*, | Case No. 6:11-cv-492 LED |
| vs. | JURY TRIAL DEMANDED |
| Alcatel-Lucent USA Inc., et al. | |
| *Defendants*. | |

## ORDER OF DISMISSAL

This cause coming before the Court for consideration on the Agreed Motion of the parties Network-1 Security Solutions, Inc. ("Network-1") and Defendants NEC Corporation and NEC Corporation of America ("NEC") to dismiss the claims between Network-1 and NEC with prejudice, the Court being apprised of the grounds therefore and being of the opinion that said motion should be GRANTED.

IT IS THEREFORE ORDERED that all claims between NEC and Network-1 herein are dismissed, with prejudice to the re-filing of same; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

**So ORDERED and SIGNED this 18th day of February, 2013.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**