**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC. | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 6:11-cv-00492-LED-JDL |
| | ) |
| v. | ) |
| | ) |
| ALCATEL-LUCENT USA, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

<u>**DEFENDANTS' NOTICE OF RIPENESS IN VIEW OF NETWORK-1'S
NON-OPPOSITION TO DEFENDANT'S MOTION TO STAY**</u>

Defendants Avaya Inc., Axis Communications AB, Axis Communications, Inc., Alcatel-Lucent USA Inc., Alcatel-Lucent Holdings Inc., Shoretel, Inc., Hewlett-Packard Co., Dell Inc., Sony Corporation, Sony Corporation of America, Sony Electronics Inc., Polycom, Inc., and Juniper Networks, Inc. (collectively, "Defendants") respectfully notify the Court that Defendants' Motion to Stay ("the Motion," Dkt. 374) is unopposed and now ripe for decision by the Court.

All parties in this case have either joined the Motion or not opposed it.  Plaintiff Network-1 Security Solutions, Inc. ("Network-1") filed a Notice of Non-Opposition (Dkt. 399) on February 19, 2013.  Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America do not oppose the Motion.  Defendants Huawei Technologies Co., Ltd. and Huawei Technologies USA Inc. have filed a notice of settlement with the Court (Dkt. 385) and also do not oppose the Motion.

By filing this Notice of Ripeness, Defendants do not concede any of the remarks presented in Network-1's Notice of Non-Opposition.  Defendants expressly reserve the right to dispute these remarks in the future, should they be raised in connection with a disputed issue.


Dated:  February 22, 2013                    Respectfully Submitted,

                                             */s/ Brian M. Koide*                      
                                             Deron R. Dacus
                                             State Bar No. 00790553
                                             Shannon Dacus
                                             State Bar No. 00791004
                                             THE DACUS FIRM, P.C.
                                             821 ESE Loop 323, Suite 430
                                             Tyler, TX 75701
                                             Telephone:  (903) 705-1117
                                             Facsimile:  (903) 705-1117
                                             ddacus@dacusfirm.com
                                             sdacus@dacusfirm.com

                                             Jeffrey D. Sanok
                                             Brian M. Koide
                                             CROWELL & MORING LLP
                                             1001 Pennsylvania Avenue, N.W.
                                             Washington, DC 2004-2595
                                             Telephone:  (202) 624-2500
                                             Facsimile:  (202) 628-5116
                                             jsanok@crowell.com
                                             bkoide@crowell.com

                                             Scott L. Bittman
                                             CROWELL & MORING LLP
                                             590 Madison Avenue, 20th Floor
                                             New York, NY 10028-2524
                                             Telephone:   (212) 895-4223
                                             Facsimile:  (212) 895-4201
                                             sbittman@crowell.com

                                             *Attorneys for Defendant Avaya Inc.*

*/s/ Barry W. Graham*

Barry W. Graham
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Tel: (202) 408-4400
Fax: (202) 408-4400
barry.graham@finnegan.com
c.gregory.gramenopoulos@finnegan.com

Elliot C. Cook
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Dr.
Reston, VA 20190
Tel: (202) 571-2700
Fax: (202) 408-4400
elliot.cook@finnegan.com

Melvin R. Wilcox, III
State Bar No. 21454800
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Suite 1015
Tyler, Texas 75702
Tel: (903) 595-1133
Fax: (903) 595-0191
mrw@yw-lawfirm.com

*Counsel for Defendants
Axis Communications AB and Axis
Communications, Inc.*

*/s/ Craig E. Davis*

Eric H. Findlay (SBN 00789886)
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway
Suite 101
Tyler, TX  75703
Tel:  (903) 534-1100
Fax:  (903) 534-1137
efindlay@findlaycraft.com

Mark D. Selwyn (CA SBN 244180)
(admitted *pro hac vice*)
Joseph F. Haag (CA SBN 248749)
(admitted *pro hac vice*)
Craig E. Davis (CA SBN 221356)
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Tel:  (650) 858-6000
Fax:  (650) 858-6100
mark.selwyn@wilmerhale.com
joseph.haag@wilmerhale.com
craig.davis@wilmerhale.com

William F. Lee – Lead Attorney
(MA SBN 291960)
(admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000
william.lee@wilmerhale.com

*Counsel for Defendants Alcatel-Lucent USA Inc.,
Alcatel-Lucent Holdings Inc., and Shoretel, Inc.*


*/s/ Robert J. Walters*
David H. Dolkas (CA Bar No. 11180)
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025
Tel:  (650) 815-7400
Fax:  (650) 815-7401
ddolkas@mwe.com

Robert J. Walters (D.C. Bar No. 463077)
McDERMOTT WILL & EMERY LLP
500 North Capitol Street, NW
Washington, DC  20001
Tel:  (202) 756-8000
Fax:  (202) 756-8087
rwalters@mwe.com

J. Thad Heartfield (Texas Bar No. 09346800)
The Heartfield Law Firm
2195 Dowlen Road
Beaumont, TX  77706
Tel:  (409) 866-3318
Fax:  (409) 866-5789
thad@jth-law.com

*Counsel for Defendant*
*Hewlett-Packard Co.*


*/s/ J. Michael Woods*
Thomas M. Dunham
(D.C. Bar No. 448407)
Attorney-in-Charge
J. Michael Woods
(VA Bar No. 73535)
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006
Tel:  (202) 282-5000
Fax:  (202) 282-5100
tdunham@winston.com
mwoods@winston.com

Deron R. Dacus
(Texas Bar No. 00790553)
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX  75701
Tel:  (903) 705-1117
Fax:  (903) 705-1117
ddacus@dacusfirm.com

*Counsel for Defendant Dell Inc.*


*/s/ Lionel M. Lavenue*
Lionel M. Lavenue
Troy L. Gwartney
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Dr.

5

Reston, VA  20105
Tel:  (571) 203-2700
Fax:  (202) 408-4400
lionel.lavenue@finnegan.com
troy.gwartney@finnegan.com

*Counsel for Defendants Sony Corporation, Sony Corporation of America, and Sony Electronics Inc.*


*/s/ James H. Hall*
Keith A. Rutherford
(Texas State Bar No. 17452000)
Lead Attorney
Susan K. Knoll
(Texas State Bar No. 11616900)
James H. Hall
(Texas State Bar No. 24041040)
WONG, CABELLO, LUTSCH,
RUTHERFORD & BRUCCULERI, L.L.P.
20333 SH 249, Ste. 600
Houston, TX  77070
Tel:  (832) 446-2400
Fax:  (832) 446-2424
krutherford@counselip.com
sknoll@counselip.com
jhall@counselip.com

*Counsel for Defendant Polycom, Inc.*


*/s/ Alan M. Fisch*
Alan M. Fisch
(D.C. Bar No. 453068)
FISCH HOFFMAN SIGLER LLP
5335 Wisconsin Avenue, NW
Eighth Floor
Washington, DC  20015
Tel:  (202) 362-3500
Fax:  (202) 362-3501
alan.fisch@fischllp.com

*Counsel for Defendant Juniper Networks, Inc.*

6

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail this 22nd day of February, 2013.

*/s/ Melvin R. Wilcox*