IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **NETWORK-1 SECURITY SOLUTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**ALCATEL-LUCENT USA INC., et al.,**<br><br>Defendants. | § § § § § § § § § § § §   CASE NO. 6:11-CV-492-LED-JDL<br><br>JURY TRIAL REQUESTED |

# ORDER

Before the Court is Defendants'[1] Motion to Stay Pending *Inter Partes* Review (Doc. No. 374). On February 19, 2013, Plaintiff Network-1 Security Solutions, Inc. ("Network-1") filed a Notice of Non-Opposition to Defendants' Motion. (Doc. No. 399). Having considered the parties' Unopposed Motion, the Motion to Stay Pending *Inter Partes* Review is **GRANTED.** The Clerk of Court is directed to administratively close the case, and this action is hereby stayed pending the disposition of re-examination and until further order of the Court. The case remains open for the submission of closing documents as to Defendants Huawei Technologies Co., Ltd. and Huawei Technologies USA Inc. All pending motions are denied as moot without prejudice to re-filing once the stay is lifted. Any party may request the Court lift the stay once re-examination is completed.   **So ORDERED and SIGNED this 5th day of March, 2013.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

---

[1] Moving Defendants are: AXIS Communications AB, AXIS Communications, Inc., Alcatel-Lucent Holdings Inc., Alcatel-Lucent USA Inc., Avaya Inc., Dell Inc., Hewlett-Packard Company, Juniper Networks, Inc., Polycom, Inc., Shoretel, Inc., Sony Corporation, Sony Corporation of America, Sony Electronics Inc.