UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DEVISION

| | |
|---|---|
| Network-1 Technologies, Inc.; *Plaintiff*, vs. Alcatel-Lucent USA Inc., et al. *Defendants*. | CASE NO. 6:11-cv-492-RWS-KNM **Jury Trial Demanded** |

**Notice of appearance of counsel**

Kayvan B. Noroozi of Noroozi PC hereby enters his appearance in this matter as counsel on behalf of Network-1 Technologies, Inc. All orders, notices, pleadings, and correspondences should be served upon Kayvan Noroozi at:

Noroozi PC
604 Arizona Ave.
Santa Monica, CA 90401
(310) 975-7074
kayvan@noroozi.la

Dated:  April 20, 2015                                             Respectfully submitted,

By:  */s/ Kayvan B. Noroozi*
Kayvan B. Noroozi
CA State Bar No. 271167
(Admitted to practice in the Eastern District of Texas)
kayvan@noroozi.la
Noroozi PC
604 Arizona Ave.
Santa Monica, CA 90401
(310) 975-7074

1

2

ATTORNEY FOR PLAINTIFF
NETWORK-1 TECHNOLOGIES,
INC.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document is being served via the the Court's CM/ECF system per Local Rule CV-5(a)(3) on counsel of record for defendants on the above listed date.

*/s/ Kayvan Noroozi*