# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC., *Plaintiff*, vs. ALCATEL-LUCENT USA INC., et al. *Defendants*. | Case No. 6:11-cv-00492-RWS-KNM<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' NOTICE OF COMPLIANCE WITH P.R. 3-3

In accordance with the Court's Docket Control Order (Dkt. No. 488), Defendants Alcatel-Lucent USA Inc., Alcatel-Lucent Holdings Inc., Avaya Inc., Axis Communications AB, Axis Communications, Inc., Dell Inc., Hewlett-Packard Company, Huawei Technologies Co., Ltd., Huawei Technologies USA Inc., Juniper Networks, Inc., Polycom, Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., ShoreTel, Inc., Sony Corporation, Sony Corporation of America, and Sony Electronics Inc. (collectively, "Defendants") certify that they have complied with Local Patent Rule 3-3 by serving a copy of Defendants' Amended Invalidity Contentions, as well as related exhibits, on Plaintiff Network-1 Technologies, Inc. and all counsel of record by electronic mail on April 20, 2015.

Respectfully submitted,


*/s/ Jennifer H. Doan*
Jennifer H. Doan
State Bar No. 08809050
Alycia Curtis
State Bar No. 24086385
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: acurtis@haltomdoan.com

Stephen D. Howen
State Bar No. 10117800
HALTOM & DOAN
Preston Park Financial Center West
4975 Preston Park Blvd., Suite 625
Plano, TX 75093
Telephone: (469) 814-0433
Facsimile: (469) 814-0422
Email: showen@haltomdoan.com

Robert J. Walters
(DC Bar No. 463077)
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 551-1949
Facsimile: (202) 551-0449
Email: robertwalters@paulhastings.com

David H. Dolkas
(CA Bar No. 111080)
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone: (650) 815-7415
Facsimile: (650) 815-7401
Email: ddolkas@mwe.com

**ATTORNEYS FOR DEFENDANT
HEWLETT PACKARD**

/s/ Eric H. Findlay (with permission)
William F. Lee – Lead Attorney
(MA SBN 291960)
(admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE
   AND DORR LLP
60 State Street Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Email:  william.lee@wilmerhale.com

Mark D. Selwyn
(CA SBN 244180)
(admitted *pro hac vice*)
Joseph F. Haag
(CA SBN 248749)
(admitted *pro hac vice*)
Craig E. Davis
(CA SBN 221356)
WILMER CUTLER PICKERING HALE
   AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Email:  mark.selwyn@wilmerhale.com
Email:  joseph.haag@wilmerhale.com
Email:  craig.davis@wilmerhale.com

Eric H. Findlay
(SBN 00789886)
Brian Craft
(SBN 04972020)
FINDLAY CRAFT, P.C.
102 North College Ave. Suite 900 Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
Email:  efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

**ATTORNEYS FOR DEFENDANTS ALCATEL- LUCENT USA INC., ALCATEL- LUCENT HOLDINGS INC., AND SHORETEL, INC.**

*/s/ Deron R. Dacus (with permission)*
Jeffrey D. Sanok (Admitted in E.D. Tex.)
Brian M. Koide (Admitted in E.D.Tex.)
CROWELL & MORING LLP 1001
Pennsylvania Avenue, N.W.
Washington, DC 2004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: jsanok@crowell.com
Email: bkoide@crowell.com

Deron R. Dacus
State Bar No. 00790553
Shannon Dacus
State Bar No. 00791004
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 705-1117
Email: ddacus@dacusfirm.com
Email: sdacus@dacusfirm.com

**ATTORNEYS FOR DEFENDANT AVAYA INC.**


*/s/ C. Gregory Gramenopoulos (with permission)*
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, D.C. 20001-4413
Telephone: (202) 408-4400
Facsimile: (202) 408-4400
c.gregory.gramenopoulos@finnegan.com

Elliot C. Cook
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Dr.
Reston, VA 20190
Telephone: (202) 571-2700

Facsimile: (202) 408-4400
Email: elliot.cook@finnegan.com

**ATTORNEYS FOR DEFENDANTS,
AXIS COMMUNICATIONS, INC. AND
AXIS COMMUNICATION AB**


*/s/ Deron R. Dacus (with permission)*
Thomas M. Dunham
(D.C. Bar No. 448407)
Attorney-in-Charge
J. Michael Woods
(D.C. Bar No. 975433)
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
Email: tdunham@winston.com
Email: mwoods@winston.com
Deron R. Dacus
(Texas Bar No. 00790553)
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 705-1117
Email: ddacus@dacusfirm.com

**ATTORNEYS FOR DEFENDANT
DELL INC.**


*/s/ Michael E. Jones (with permission)*
Richard S.J. Hung
Christopher J. Wiener
California Bar No. 280476
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: rhung@mofo.com
Email: cwiener@mofo.com

Michael E. Jones
State Bar No. 10929400
POTTER MINTON, P.C.
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
Email:  mikejones@potterminton.com

**ATTORNEYS FOR DEFENDANTS HUAWEI TECHNOLOGIES CO., LTD. AND HUAWEI TECHNOLOGIES USA INC.**

*/s/ Alan M. Fisch (with permission)*
Alan M. Fisch
alan.fisch@fischllp.com
Alicia M. Carney
alicia.carney@fischllp.com
FISCH SIGLER LLP
5335 Wisconsin Avenue, NW
Eighth Floor
Washington, DC  20015
Tel:  (202) 362-3500

**ATTORNEYS FOR DEFENDANT JUNIPER NETWORKS, INC.**

*/s/ James H. Hall (with permission)*
Susan K. Knoll
Lead Attorney
Texas State Bar No. 11616900
James H. Hall
Texas State Bar No. 24041040
WONG, CABELLO, LUTSCH,
   RUTHERFORD & BRUCCULERI, LLP
20333 State Highway 249, Suite 600
Houston, Texas 77070
Telephone: (832) 446-2400
Facsimile: (832) 446-2424
E-Mail: sknoll@counselip.com
E-Mail: jhall@counselip.com

**ATTORNEYS FOR DEFENDANT POLYCOM, INC.**

*/s/ Lionel M. Lavenue (with permission)*
Lionel M. Lavenue
FINNEGAN, HENDERSON, FARABOW,
GARRETT &DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
Telephone: (571) 203-2700
Facsimile: (202) 408-4400
Email: lionel.lavenue@finnegan.com

**ATTORNEY FOR DEFENDANTS SONY CORPORATION, SONY CORPORATION OF AMERICA, AND SONY ELECTRONICS INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 20th day of April, 2015.

*/s/ Jennifer H. Doan*
Jennifer H. Doan