# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation, | |
| *Plaintiff*, | Civil Action No. 6:11-cv-492 |
| vs. | |
| Alcatel-Lucent USA Inc., a Delaware corporation; et al | |
| *Defendants*. | |

## PLAINTIFF'S NOTICE OF COMPLIANCE

COMES NOW Plaintiff, Network-1 Security Solutions, Inc., and hereby notifies the Court and all parties of record that on May 8, 2015, Plaintiff disclosed information upon counsel of record as required by paragraph 2 of the Court's Discovery Order (Dkt. 483).

Respectfully submitted,

By: /s/ Sean A. Luner (w/permission Claire A. Henry)
Sean A. Luner
State Bar No. 165443
Richard E. Lyon
State Bar No. 229288
**DOVEL & LUNER, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069
Email: sean@dovellaw.com
          rick@dovellaw.com

T. John Ward, Jr.
State Bar No. 00794818

                E-mail: jw@wsfirm.com
                Claire Abernathy Henry
                State Bar No. 24053063
                E-mail: claire@wsfirm.com
                Ward, Smith & Hill, PLLC
                P.O. Box 1231
                Longview, Texas 75606-1231
                (903) 757-6400 (telephone)
                (903) 757-2323 (facsimile)

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 11th day of May, 2015.

                /s/ Claire Abernathy Henry
                Claire Abernathy Henry