# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALCATEL-LUCENT USA INC., *et al.*, <br><br> Defendants. | Case No. 6:11-cv-00492-RWS-KNM <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANTS ALCATEL-LUCENT USA, INC., AND ALCATEL-LUCENT HOLDINGS, INC.'S NOTICE OF COMPLIANCE

In accordance with the Court's Local Rules and the Amended Discovery Order (Dkt. No. 483) dated March 13, 2015, Defendants Alcatel-Lucent USA, Inc., and Alcatel-Lucent Holdings, Inc. (collectively, "Alcatel-Lucent") certify that they have complied with Sections 2.B. and 2.C. of the Court's Amended Discovery Order on May 8, 2015.

Alcatel-Lucent's investigation and discovery is ongoing, and it may, therefore, uncover additional documents, data compilations, and tangible things that are relevant to its disclosures. Alcatel-Lucent reserves the right to supplement, amend, and/or otherwise modify its disclosures.

Dated:  May 11, 2015

Respectfully submitted,

 */s/ Eric H. Findlay*
Eric H. Findlay (SBN 00789886)
Brian Craft (SBN 04972020)
FINDLAY CRAFT, P.C.
102 N. College Avenue
Suite 900
Tyler, TX  75702
Tel: (903) 534-1100
Fax: (903) 534-1137
efindlay@findlaycraft.com
bcraft@findlaycraft.com

William F. Lee – Lead Attorney
(MA SBN 291960)
(admitted *pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
william.lee@wilmerhale.com

Mark D. Selwyn (CA SBN 244180)
(admitted *pro hac vice*)
Joseph F. Haag (CA SBN 248749)
(admitted *pro hac vice*)
Craig E. Davis (CA SBN 221356)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 858-6000
Fax: (650) 858-6100
mark.selwyn@wilmerhale.com
joseph.haag@wilmerhale.com
craig.davis@wilmerhale.com

**ATTORNEYS FOR DEFENDANTS ALCATEL-LUCENT USA, INC., AND ALCATEL-LUCENT HOLDINGS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 11, 2015. Any other counsel of record will be served by electronic mail, facsimile, or first class mail.

  */s/ Eric H. Findlay*
Eric H. Findlay