UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SHORETEL, INC., <br><br> Defendant. | Case No. 6:13-cv-00078-RWS-KNM <br><br> Consolidated under Case No. 6:11-cv-00492-RWS-KNM <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT SHORETEL, INC.'S NOTICE OF COMPLIANCE

In accordance with the Court's Local Rules and the Amended Discovery Order (Dkt. No. 483) dated March 13, 2015, Defendant ShoreTel, Inc. ("ShoreTel") certifies that it has complied with Sections 2.B. and 2.C. of the Court's Amended Discovery Order on May 8, 2015.

ShoreTel's investigation and discovery is ongoing, and it may, therefore, uncover additional documents, data compilations, and tangible things that are relevant to its disclosures. ShoreTel reserves the right to supplement, amend, and/or otherwise modify its disclosures.

Dated:  May 11, 2015

Respectfully submitted,

 /s/ Eric H. Findlay
Eric H. Findlay (SBN 00789886)
Brian Craft (SBN 04972020)
FINDLAY CRAFT, P.C.
102 N. College Avenue
Suite 900
Tyler, TX  75702
Tel: (903) 534-1100
Fax: (903) 534-1137
efindlay@findlaycraft.com
bcraft@findlaycraft.com

William F. Lee – Lead Attorney
(MA SBN 291960)

- 2 -

(admitted *pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA  02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000
william.lee@wilmerhale.com

Mark D. Selwyn (CA SBN 244180)
(admitted *pro hac vice*)
Joseph F. Haag (CA SBN 248749)
(admitted *pro hac vice*)
Craig E. Davis (CA SBN 221356)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Tel:  (650) 858-6000
Fax:  (650) 858-6100
mark.selwyn@wilmerhale.com
joseph.haag@wilmerhale.com
craig.davis@wilmerhale.com

**ATTORNEYS FOR DEFENDANT SHORETEL, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 11, 2015.  Any other counsel of record will be served by electronic mail, facsimile, or first class mail.

 */s/ Eric H. Findlay*
Eric H. Findlay