# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC. § § § *Plaintiff*, § § v. § CASE NO. 6:11cv492-RWS-KNM § ALCATEL-LUCENT USA INC. ET AL § JURY TRIAL DEMANDED § *Defendants.* § § § | |

## DELL INC.'S NOTICE OF COMPLIANCE

Pursuant to paragraph 2 of the Amended Discovery Order (Dkt. No. 483), Defendant Dell Inc. ("Dell") hereby gives notice that it has complied with serving its disclosures in accordance with paragraphs 2(B) and 2(C) of the Amended Discovery Order.

Dell's investigation and discovery are ongoing and may, therefore, uncover additional documents, data compilations, and tangible things that are relevant to our disclosures. Dell reserves the right to supplement, amend, and/or otherwise modify its disclosures.

Dated: May 11, 2015

By: */s/ Deron R. Dacus*
Thomas M. Dunham
D.C. Bar No. 448407
J. Michael Woods
D.C. Bar No. 975433
**Winston & Strawn LLP**
1700 K Street NW
Washington, DC 20006
Telephone: (202) 282-5000
Fax: (202) 282-5100
tdunham@winston.com
mwoods@winston.com

Jennifer Klein Ayers
Texas Bar No. 24069322
**K&L Gates LLP**
1717 Main Street, #2800
Dallas, Texas 75201
214.939.5500
jennifer.ayers@klgates.com


Deron R. Dacus
Texas Bar No. 00790553
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
903/705-1117
ddacus@dacusfirm.com

**Attorneys for Defendant, Dell Inc.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 11th day of May, 2015, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.


By: */s/ Deron R. Dacus*

Deron R. Dacus