## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF
## TEXAS TYLER DIVISION

| | |
|---|---|
| ———————————————— ) | |
| NETWORK-1 TECHNOLOGIES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 6:11-cv-00492-RWS-KNM |
| ) | |
| ALCATEL-LUCENT USA INC.,ET AL. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ———————————————— ) | |

## DEFENDANTS' NOTICE OF COMPLIANCE WITH DISCLOSURE OF PRELIMINARY ELECTION OF ASSERTED PRIOR ART REFERENCES

In accordance with the Court's Docket Control Order (Dkt. No. 488), Defendants Alcatel-Lucent USA Inc., Alcatel-Lucent Holdings Inc., Avaya Inc., Axis Communications AB, Axis Communications, Inc., Dell Inc., Hewlett-Packard Company, Juniper Networks, Inc., Polycom, Inc., ShoreTel, Inc., Sony Corporation, Sony Corporation of America, and Sony Electronics Inc. (collectively, "Defendants") certify that they have served a copy of Defendants' Preliminary Election of Asserted Prior Art References on Plaintiff Network-1 Technologies, Inc., and all counsel of record, by electronic mail on May 5, 2015.

1

Dated: May 11, 2015

Respectfully submitted,

/s/ *Deron R. Dacus*
Thomas M. Dunham
(D.C. Bar No. 448407)
Attorney-in-Charge
J. Michael Woods
(D.C. Bar No. 975433)
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
Email: tdunham@winston.com
Email: mwoods@winston.com

Deron R. Dacus
   Texas State Bar No. 00790553
   ddacus@dacusfirm.com
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX  75701
Telephone: (903) 705-1117
Facsimile:  (903) 705-1117

**ATTORNEYS FOR DEFENDANT
DELL, INC.**


/s/ *Eric H. Findlay (with permission)*
William F. Lee – Lead Attorney
(MA SBN 291960)
(admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE
   AND DORR LLP
60 State Street Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Email:  william.lee@wilmerhale.com

Mark D. Selwyn
(CA SBN 244180)
(admitted *pro hac vice*)
Joseph F. Haag
(CA SBN 248749)
(admitted *pro hac vice*)

2

Craig E. Davis
(CA SBN 221356)
WILMER CUTLER PICKERING HALE
    AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Email:  mark.selwyn@wilmerhale.com
Email:  joseph.haag@wilmerhale.com
Email:  craig.davis@wilmerhale.com

Eric H. Findlay
(SBN 00789886)
Brian Craft
(SBN 04972020)
FINDLAY CRAFT, P.C.
102 North College Ave. Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
Email:  efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

**ATTORNEYS FOR DEFENDANTS
ALCATEL- LUCENT USA INC.,
ALCATEL- LUCENT HOLDINGS
INC., AND SHORETEL, INC**.

*/s/ Deron R. Dacus (with permission)*
Jeffrey D. Sanok (Admitted in E.D. Tex.)
Brian M. Koide (Admitted in E.D.Tex.)
CROWELL & MORING LLP 1001
Pennsylvania Avenue, N.W. Washington,
DC 2004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: jsanok@crowell.com
Email: bkoide@crowell.com

Deron R. Dacus
State Bar No. 00790553
Shannon Dacus
State Bar No. 00791004
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 705-1117
Email: ddacus@dacusfirm.com
Email: sdacus@dacusfirm.com

**ATTORNEYS FOR DEFENDANT
AVAYA INC.**


*/s/ C. Gregory Gramenopoulos (with
permission)*
C. Gregory Gramenopoulos
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, NW Washington,
D.C. 20001-4413
Telephone: (202) 408-4400
Facsimile: (202) 408-4400
c.gregory.gramenopoulos@finnegan.com

Elliot C. Cook
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Dr. Reston, VA 20190
Telephone: (202) 571-2700
Facsimile: (202) 408-4400
Email: elliot.cook@finnegan.com
**ATTORNEYS FOR DEFENDANTS,
AXIS COMMUNICATIONS, INC. AND**

4

**AXIS COMMUNICATION AB**

*/s/ Jennifer H. Doon (with permission)*
Jennifer H. Doan
State Bar No. 08809050
Alycia Curtis
State Bar No. 24086385
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email:  jdoan@haltomdoan.com
Email:  acurtis@haltomdoan.com

Stephen D. Howen
State Bar No.  10117800
HALTOM & DOAN
Preston Park Financial Center West
4975 Preston Park Blvd., Suite 625
Plano, TX 75093
Telephone: (469) 814-0433
Facsimile: (469) 814-0422
Email: showen@haltomdoan.com

Robert J. Walters
(DC Bar No. 463077)
PAUL HASTINGS LLP
875 15th Street, N.W. Washington, D.C.
20005
Telephone: (202) 551-1949
Facsimile: (202) 551-0449
Email: robertwalters@paulhastings.com

David H. Dolkas
(CA Bar No. 111080)
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone: (650) 815-7415
Facsimile: (650) 815-7401
Email:  ddolkas@mwe.com

**ATTORNEYS FOR DEFENDANT
HEWLETT PACKARD**

*/s/ Alan M. Fisch (with permission)*
Alan M. Fisch

alan.fisch@fischllp.com
Alicia M. Carney
alicia.carney@fischllp.com
FISCH SIGLER LLP
5335 Wisconsin Avenue, NW Eighth Floor
Washington, DC  20015
Tel:  (202) 362-3500

**ATTORNEYS FOR DEFENDANT**
**JUNIPER NETWORKS, INC.**


*/s/ James H. Hall (with permission)*
Susan K. Knoll
Lead Attorney
Texas State Bar No. 11616900
James H. Hall
Texas State Bar No. 24041040
WONG, CABELLO, LUTSCH,
RUTHERFORD & BRUCCULERI, LLP
20333 State Highway 249, Suite 600
Houston, Texas 77070
Telephone: (832) 446-2400
Facsimile: (832) 446-2424
E-Mail: sknoll@counselip.com
E-Mail: jhall@counselip.com

ATTORNEYS FOR DEFENDANT
POLYCOM, INC.


*/S/ Lionel M. Lavenue (with permission)*
Lionel M. Lavenue
FINNEGAN, HENDERSON, FARABOW,
GARRETT &DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
Telephone:  (571) 203-2700
Facsimile:  (202) 408-4400
Email:  lionel.lavenue@finnegan.com

**ATTORNEY FOR DEFENDANTS**
**SONY CORPORATION, SONY**
**CORPORATION OF AMERICA AND**
**SONY ELECTRONICS INC.**

7

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 11, 2015.

/s/ Deron R. Dacus
Deron R. Dacus

2