**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., § § § Plaintiff, § § v. § § ALCATEL-LUCENT USA, INC., ET AL., § § Defendants. § | CIVIL ACTION NO. 6:11-cv-00492-KNM JURY TRIAL DEMANDED |

### DEFENDANT POLYCOM INC. NOTICE OF APPEARANCE OF LEAD COUNSEL

Defendant POLYCOM INC. previously entered a Notice of Appearance for Susan K. Knoll of Wong Cabello, 20333 SH 249, Suite 600, Houston, Texas 77070, Phone (832) 446-2400, Fax (832) 446-2424, Email: sknoll@counselip.com (see Doc. No. 118 filed March 20, 2012), and is now designating her its Lead Counsel. Please continue to serve all future pleadings and other papers filed under Fed. R. Civ. P. 5 on her at the above address and contact information.

March 20, 2012

Respectfully submitted,

*/s/ Susan K. Knoll*
Susan K. Knoll
Texas State Bar No. 11616900
**Lead Attorney**
James H. Hall
Texas State Bar No. 24041040
Stephen E. Edwards
Texas State Bar No. 00784008
WONG, CABELLO, LUTSCH,
RUTHERFORD & BRUCCULERI, L.L.P.
20333 SH 249, Ste. 600
Houston, Texas 77070
Telephone: (832) 446-2400

1

Facsimile: (832) 446-2424
E-Mail: sknoll@counselip.com
E-Mail: jhall@counselip.com
E-Mail: sedwards@counselip.com

**COUNSEL FOR DEFENDANT POLYCOM, INC.**

## CERTIFICATE OF SERVICE

    The undersigned certifies that on May 18, 2015, a true and correct copy of the foregoing document was served via the Court's CM/ECF system per Local Rule CV-5(a)(3). All attorneys of record have consented to such service.

/s/ *Lynn Marlin*
Lynn Marlin