**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., <br><br> *Plaintiff*, <br><br> vs. <br><br> Alcatel-Lucent USA Inc., et al <br><br> *Defendants*. | Civil Action No. 6:11-cv-492 |

**PLAINTIFF'S NOTICE OF SUBMISSION OF TECHNOLOGY TUTORIAL**

COMES NOW Plaintiff and hereby notifies the Court and all parties of record that on today's date, Plaintiff submitted via Federal Express Overnight Delivery its Technology Tutorial to the Court. A copy of the tutorial was also sent to opposing counsel of record via electronic mail on today's date.

Respectfully submitted,

By: /s/ Sean A. Luner (w/permission Claire A. Henry)
Sean A. Luner
State Bar No. 165443
Richard E. Lyon
State Bar No. 229288
**DOVEL & LUNER, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069
Email: sean@dovellaw.com
        rick@dovellaw.com

T. John Ward, Jr.
State Bar No. 00794818
E-mail: jw@wsfirm.com

>Claire Abernathy Henry
>State Bar No. 24053063
>E-mail: claire@wsfirm.com
>**WARD, SMITH & HILL, PLLC**
>P.O. Box 1231
>Longview, Texas 75606-1231
>(903) 757-6400 (telephone)
>(903) 757-2323 (facsimile)

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 27th day of May, 2015.

>/s/ Claire Abernathy Henry
>Claire Abernathy Henry