## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| NETWORK-1 TECHNOLOGIES, INC., | § § § | |
| Plaintiff | § § | |
| v. | § § | NO. 6:11-cv-00492-RWS-KNM |
| ALCATEL-LUCENT USA INC., | § § | CONSOLIDATED LEAD CASE |
| Defendants. | § | |

### JOINT MOTION FOR ENTRY OF DOCKET CONTROL ORDER

Pursuant to the Court's Order that the parties submit an agreed Docket Control Order, Plaintiff Network-1 Technologies, Inc. ("Plaintiff") and Defendants Alcatel-Lucent USA Inc., Alcatel-Lucent Holdings Inc., Avaya Inc., Axis Communications AB, Axis Communications, Inc., Dell Inc., Hewlett-Packard Company, Juniper Networks, Inc., Polycom, Inc., Sony Corporation, Sony Corporation of America, and Sony Electronics Inc. (collectively, "Defendants") file this Joint Motion for Entry of Docket Control Order. The Proposed Docket Control Order, agreed by all parties, is attached as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| */s/ Sean A. Luner (with permission)* | */s/ Jennifer H. Doan* |
| Sean A. Luner | Jennifer H. Doan |
| State Bar No. 165443 | State Bar No. 08809050 |
| Gregory S. Dovel | Christy Samansky Hawkins |
| State Bar No. 135387 | State Bar No. 24085575 |
| Dovel & Luner, LLP | HALTOM & DOAN |
| 201 Santa Monica Blvd., Ste. 600 | 6500 Summerhill Road, Suite 100 |
| Santa Monica, CA 90401 | Texarkana, TX 75503 |
| Telephone: 310-656-7066 | Telephone: (903) 255-1000 |
| Facsimile: 310-657-7069 | Facsimile: (903) 255-0800 |
| Email: sean@dovellaw.com | Email: jdoan@haltomdoan.com |
| Email: greg@dovellaw.com | Email: chawkins@haltomdoan.com |
| | |
| T. John Ward, Jr. | Robert J. Walters |
| State Bar No. 00794818 | (DC Bar No. 463077) |
| Ward & Smith Law Firm | Charles J. Hawkins |
| 111 W. Tyler St. | (VA Bar No. 65531) |
| Longview, Texas 75601 | PAUL HASTINGS LLP |
| Telephone: (903) 757-6400 | 875 15th Street, N.W. |
| Facsimile: (903) 757-2323 | Washington, D.C. 20005 |
| Email: jw@jwfirm.com | Telephone: (202) 551-1949 |
| | Facsimile: (202) 551-0449 |
| **ATTORNEYS FOR PLAINTIFF** | Email: robertwalters@paulhastings.com |
| **NETWORK-1 TECHNOLOGIES, INC.** | Email: charleshawkins@paulhastings.com |

David H. Dolkas
(CA Bar No. 111080)
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone: (650) 815-7415
Facsimile: (650) 815-7401
Email: ddolkas@mwe.com

**ATTORNEYS FOR DEFENDANT**
**HEWLETT-PACKARD COMPANY**

*/s/ Eric H. Findlay (with permission)*
Robert F. Perry
Allison H. Altersohn
Christopher C. Carnaval
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Email: rperry@kslaw.com
Email: aaltersohn@kslaw.com
Email: ccarnaval@kslaw.com

Eric H. Findlay
(SBN 00789886)
Brian Craft
(SBN 04972020)
FINDLAY CRAFT, P.C.
102 North College Ave., Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

**ATTORNEYS FOR DEFENDANTS ALCATEL- LUCENT USA INC., ALCATEL- LUCENT HOLDINGS INC.**

*/s/ Deron R. Dacus (with permission)*
Mark M. Supko (Admitted in E.D. Tex.)
Jeffrey D. Sanok (Admitted Pro Hac Vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: msupko@crowell.com
Email: jsanok@crowell.com

Deron R. Dacus
State Bar No. 00790553
Shannon Dacus
State Bar No. 00791004
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 705-1117
Email: ddacus@dacusfirm.com
Email: sdacus@dacusfirm.com

**ATTORNEYS FOR DEFENDANT AVAYA INC.**

*/s/ C. Gregory Gramenopoulos (with permission)*
C. Gregory Gramenopoulos
Barry W. Graham
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
c.gregory.gramenopoulos@finnegan.com
barry.graham@finnegan.com

Elliot C. Cook
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Dr.
Reston, VA 20190
Telephone: (202) 571-2700
Facsimile: (202) 408-4400
Email: elliot.cook@finnegan.com

        Herbert A. Yarbrough, III
        Melvin R. Wilcox, III
        YARBROUGH WILCOX, PLLC
        100 E. Ferguson St., Suite 1015
        Tyler, TX 75702
        Telephone: (903) 595-3111
        Facsimile: (903) 595-0191
        Email: trey@yw-lawfirm.com
        Email: mrw@yw-lawfirm.com

        **ATTORNEYS FOR DEFENDANTS**
        **AXIS COMMUNICATIONS, INC. AND**
        **AXIS COMMUNICATIONS AB**


        */s/ Deron R. Dacus (with permission)*
        Thomas M. Dunham
        (D.C. Bar No. 448407)
        Attorney-in-Charge
        J. Michael Woods
        (D.C. Bar No. 975433)
        Winston & Strawn LLP
        1700 K Street, NW
        Washington, DC 20006
        Telephone: (202) 282-5000
        Facsimile: (202) 282-5100
        Email:  tdunham@winston.com
        Email:  mwoods@winston.com

        Eric Christopher Rusnak
        K&L Gates LLP
        1601 K Street NW
        Washington, DC 20006
        Telephone: (202) 778-9000
        Facsimile: (202) 778-9100
        Email: eric.rusnak@klgates.com

        Jennifer Klein Ayers
        Texas Bar No. 24069322
        Ravinder Singh Deol
        Steven G. Shortgen
        K&L Gates LLP
        1717 Main St., Ste. 2800
        Dallas, TX 75201
        Telephone: (214) 939-5497
        Facsimile: (214) 939-5849
        Email: jennifer.ayers@klgates.com
        Email: ravi.deol@klgates.com
        Email: steve.schortgen@klgates.com

        Deron R. Dacus
        (Texas Bar No. 00790553)
        The Dacus Firm, P.C.
        821 ESE Loop 323, Suite 430
        Tyler, TX 75701
        Telephone: (903) 705-1117
        Facsimile: (903) 705-1117
        Email:  ddacus@dacusfirm.com

        **ATTORNEYS FOR DEFENDANT**
        **DELL INC.**


        */s/ Alan M. Fisch (with permission)*
        Alan M. Fisch
        alan.fisch@fischllp.com
        FISCH SIGLER LLP
        5301 Wisconsin Avenue, NW
        Fourth Floor
        Washington, DC  20015
        Tel:  (202) 362-3500

        **ATTORNEY FOR DEFENDANT**
        **JUNIPER NETWORKS, INC.**

*/s/ James H. Hall (with permission)*
Susan K. Knoll
Lead Attorney
Texas State Bar No. 11616900
James H. Hall
Texas State Bar No. 24041040
BLANK ROME LLP
717 Texas Ave, Suite 1400
Houston, Texas 77002
Telephone: (713) 228-6601
Facsimile: (713) 228-6605
E-Mail: sknoll@counselip.com
E-Mail: jhall@blankrome.com

William Ellsworth Davis, III
The Davis Firm, PC
213 N. Fredonia St., Ste. 230
Longview, TX 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
Email: bdavis@bdavisfirm.com

**ATTORNEYS FOR DEFENDANT POLYCOM, INC.**

        */s/ Lionel M. Lavenue (with permission)*
        Lionel M. Lavenue
        FINNEGAN, HENDERSON, FARABOW,
        GARRETT & DUNNER, LLP
        Two Freedom Square
        11955 Freedom Drive
        Reston, VA 20190-5675
        Telephone:  (571) 203-2700
        Facsimile:  (202) 408-4400
        Email:  lionel.lavenue@finnegan.com

        Harry Lee Gillam, Jr. State Bar No. 07921800
        Gillam & Smith, LLP
        303 S. Washington Ave.
        Marshall, TX 75670
        Telephone: (903) 934-8450
        Facsimile: (903) 934-9257
        Email: gil@gillamsmithlaw.com

        **ATTORNEYS FOR DEFENDANTS**
        **SONY CORPORATION, SONY**
        **CORPORATION OF AMERICA, AND**
        **SONY ELECTRONICS INC.**

## CERTIFICATE OF SERVICE

    The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 23rd day of May, 2016.

        */s/ Jennifer H. Doan*
        Jennifer H. Doan