**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC. *Plaintiff*, vs. ALCATEL-LUCENT USA INC., ET AL., *Defendants*. | CASE NO. 6:11-cv-492-RWS-KNM **JURY TRIAL DEMANDED** |

**Joint Notice on Jury Instructions and Parties' Proposed Verdict Form**

Pursuant to Docket Control Order (Dkt. 992), the parties file their joint proposed preliminary jury instructions (Exhibit 1), joint proposed final jury instructions (Exhibit 2), and joint proposed verdict form (Exhibit 3). Network-1 Technologies, Inc.'s proposals and comments are in burgundy, and Juniper Networks, Inc.'s proposals and comments are in blue.

Dated:  October 10, 2017

Respectfully submitted,

By: /s/ *Christin Cho*
Christin Cho
CA State Bar No. 238173
Gregory S. Dovel
CA State Bar No. 135387
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone:  310-656-7066
Email:  christin@dovel.com
Email:  greg@dovel.com

T. John Ward, Jr.
State Bar No. 00794818
Claire Henry
State Bar No. 24053063
Andrea Fair
State Bar No. 24078488
WARD, SMITH & HILL, PLLC
1127 Judson Road, Suite 220
Longview, Texas 75601
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
Email: jw@wsfirm.com
Email: claire@wsfirm.com
Email: andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF,
NETWORK-1 TECHNOLOGIES, INC.**

By: /s/ *Jeffery M. Saltman*
Jeffrey M. Saltman (*pro hac vice*)
*jeffrey.saltman@fischllp.com*
Alan M. Fisch
*alan.fisch@fischllp.com*
R. William Sigler (*pro hac vice*)
*bill.sigler@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
(202) 362-3500

                        Desmond Jui
                        *desmond.jui@fischllp.com*
                        FISCH SIGLER LLP
                        96 North Third Street
                        Suite 260
                        San Jose, California 95112
                        (650) 362-8200

                        **ATTORNEYS FOR DEFENDANT,**
                        **JUNIPER NETWORKS, INC.**

## Certificate of Service

    I certify that this document is being filed electronically and, as a result, is being served on counsel of record through the Electronic Filing System on the filing date listed above.

                                  /s/ *Christin Cho*